IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEDRICK TREVON DARROUGH, SR.**                                 **PETITIONER**
**ADC #137735**

v.                 **CASE NO.: 5:08CV00303 SWW/BD**

**LARRY NORRIS,**
Director, Arkansas Department of Correction                      **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Kedrick Trevon Darrough, Sr.'s Petition for Writ of Habeas Corpus (#2) and Amended Petition for Writ of Habeas Corpus (#17) are DISMISSED with prejudice this 10th day of February, 2010.

                                                  /s/Susan Webber Wright
                                                  UNITED STATES DISTRICT JUDGE